# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MARQUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LTD ACQUISITIONS, LLC,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00215-SAB<br><br>ORDER RE NOTICE OF SETTLEMENT, ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 36)<br><br>**DEADLINE: OCTOBER 2, 2023** |

　　　　Plaintiff removed this action to this Court on February 10, 2023. (ECF No. 1.) On September 11, 2023, Plaintiff filed a notice of settlement indicating that the parties have reached settlement of this action. (ECF No. 16.) Plaintiff requests until October 5, 2023, to file dispositional documents.

　　　　Although only requesting twenty-five (25) days, as the filing contains no specific reason demonstrating good cause for requiring more than twenty-one (21) days to file the dispositional documents, the Court shall require Plaintiff to file dispositional documents within twenty-one (21) days, consistent with the Local Rule. See L.R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause."). If Plaintiff requires additional time to file dispositional documents, Plaintiff may request an extension of the deadline upon a demonstration of specific good cause.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents **on or before October 2, 2023**.

IT IS SO ORDERED.

Dated: **September 12, 2023**

UNITED STATES MAGISTRATE JUDGE